

FILED

MAR 0 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8196

| UNITED STATES OF AMERICA, | Magistrate Case No.: |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jose Pablo CASTANEDA-Reynoso | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about February 29, 2008, within the Southern District of California, defendant Jose Pablo CASTANEDA-Reynoso did knowingly and intentionally import approximately 28.38 kilograms (62.43 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

BRANDON M. WOOD
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd, DAY OF MARCH 2008.

Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Brandon Wood, declare under threat of perjury, the following to be true and correct.

On February 29, 2008 at approximately 1056 hours, Jose Pablo, CASTANEDA-Reynoso entered the United States at the Calexico, California West Port of Entry. CASTANEDA was the driver of a 2001 Buick Century. Customs Border Protection (CBP) Officer Rodriguez noted that the vehicle was entering the U.S for the first time. CBP Officer Rodriguez also noted that CASTANEDA looked tense and in a hurry during questioning. Officer Rodriguez referred CASTANEDA and the vehicle to the secondary lot for closer examination.

While in the vehicle secondary lot, CBP Officer Ledbetter inspected CASTANEDA's vehicle and noticed an unnatural compartment in the dash area of the vehicle. A more intensive inspection of the vehicle by CBP Officer Ledbetter revealed 11 packages concealed within the dash area, and two packages, one in each rear door, of the vehicle for a total of 13 packages. The packages contained a green leafy substance that weighed 28.38 kilograms and tested positive for marijuana, a Schedule I Controlled Substance.

Special Agents Wood and Torregrosa advised the driver CASTANEDA of his rights and CASTANEDA waived his right to have an attorney present during questioning. Special Agents Wood and Torregrosa conducted an interview of CASTANEDA. During the interview CASTANEDA stated that he had been introduced to a man named "BRAULIO" who offered him $1200 to cross a vehicle containing approximately 22 kilograms of marijuana. CASTANEDA agreed to take the vehicle to a business in Calexico, California where "BRAULIO" was to pick up the vehicle and drive it to Los Angeles.

CASTANEDA was placed under arrest and booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.

Executed on February 29, 2008 at 1821 hours.

Brandon Wood
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 2/29/08 in violation of Title 21, United States Code, Section(s) 952, 960

Cathy Ann Bencivengo
United States Magistrate Judge

3/01/08 @ 2:15 pm
Date/Time