**FILED**
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR950-LAB |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| JOSE PABLO CASTANEDA-REYNOSO, | |
| Defendant. | |

The United States Attorney charges:

On or about February 29, 2008, within the Southern District of California, defendant JOSE PABLO CASTANEDA-REYNOSO, did knowingly and intentionally import approximately 28.38 kilograms (62.43 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 27, 2008.

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
3/27/08