# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Jose Pablo Castaneda-Reynoso )
)

CASE NUMBER **08cr950-LAB**

ABSTRACT OF ORDER

Booking No. **06054298**

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **7/28/08** the Court entered the following order:

☑ Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $_____ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for _____ years.

___ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court: _____ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

☑ Other. **Probation 5 years**

LARRY A. BURNS
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
OR
W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk  T. WASHAM

Received _____ #3081
DUSM

Crim-9 (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY